AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 41 ˙

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

6-21-05
(Date forms issued)

_Phillip Casale_
(Signature of Party or their Representative)

Phillip Casale
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action