IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-416 |
| v. ) | |
| ) | |
| PHT CORPORATION, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## RULE 7.1 DISCLOSURE

Plaintiff invivodata, Inc. ("invivodata"), by and through its attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that it is a Delaware corporation and that: (a) there is no parent corporation of invivodata; and (b) there is no publicly held corporation that owns 10% or more of invivodata's stock.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*

OF COUNSEL:

Cecilia H. Gonzalez
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 783-0800

Dated: June 22, 2005

687441

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 22, 2005, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF. The document is available for viewing and downloading from CM/ECF:

PHT Corporation
c/o The Corporation Trust Company,
  Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687459