IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-416 (GMS) |
| v. | ) |
| | ) |
| PHT CORPORATION, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

### REPLY TO COUNTERCLAIMS

Plaintiff invivodata, Inc. ("invivodata") hereby replies to the Counterclaims filed by Defendant PHT Corporation ("PHT") on or about July 11, 2005, in response to invivodata's Complaint. Invivodata hereby responds to the numbered paragraphs of the Counterclaims, and in doing so denies the allegations of the Counterclaims except as specifically stated. For its reply, invivodata states as follows:

### PARTIES

1. Invivodata admits the allegations of Paragraph 17 of the Counterclaims.

2. Invivodata admits the allegations of Paragraph 18 of the Counterclaims.

3. In reply to Paragraph 19 of the Counterclaims, invivodata admits that this Court has subject matter jurisdiction over the Counterclaims.

4. In reply to Paragraph 20 of the Counterclaims, invivodata admits that this Court has personal jurisdiction over invivodata with respect to the Counterclaims.

5. In reply to Paragraph 21 of the Counterclaims, invivodata admits that venue is proper in this district with respect to the Counterclaims.

6. In reply to Paragraph 22 of the Counterclaims, invivodata repeats and realleges paragraphs 1-5 above as if fully set forth herein.

7. Invivodata denies the allegations of Paragraph 23 of the Counterclaims.

8. Invivodata denies the allegations of Paragraph 24 of the Counterclaims.

9. In reply to Paragraph 25 of the Counterclaims, invivodata repeats and realleges paragraphs 1-8 above as if fully set forth herein.

10. Invivodata denies the allegations of Paragraph 26 of the Counterclaims.

11. Invivodata denies the allegations of Paragraph 27 of the Counterclaims.

12. Invivodata denies that PHT is entitled to any of the relief sought for any reason whatsoever, including any of the relief stated in the request for relief of the Counterclaims.

## PRAYER FOR RELIEF

**WHEREFORE** invivodata prays for the following relief:

1. that PHT has infringed, induced infringement, and contributed to the infringement of the '970 patent;

2. that PHT's infringement of the '970 patent is willful;

3. that PHT and its officers, principals, agents, attorneys, servants, employees and all others in active concert or participation with them, and their successors and assigns, be enjoined by preliminary and permanent injunction from infringement, inducement of infringement, and contributory infringement of the '970 patent, including but not limited

to making, using, importing, offering to sell and selling the Accused Products, in a manner that induces and contributes to the infringement of the '970 patent;

4. that invivodata be awarded damages under 35 U.S.C. §284, adequate to compensate it for PHT's infringement of the '970 patent in an amount to be proven at trial, together with interest and costs as fixed by the Court;

5. that the damages awarded to invivodata be increased by three times the amount found under 35 U.S.C. §284; and

6. that this case be declared exceptional pursuant to 35 U.S.C. §285 and that cost of this action and their attorneys' fees be awarded to invivodata;

7. that this Court grant such other and further relief to invivodata as this Court may deem just and equitable.

## JURY DEMAND

Invivodata demands a trial by jury on all issues triable of right by a jury.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Cecilia H. Gonzalez
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Dated: August 1, 2005

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff

692883

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 1, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Karen E. Keller
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on August 1, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
N. Whitney Wilson
Scott D Weidenfeller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

692900