**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-416 (GMS) |
| v. | ) |
| | ) |
| PHT CORPORATION, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of plaintiff Invivodata, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Cecilia H. Gonzalez
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Dated: September 2, 2005

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff

697504

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 2, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll | Jack B. Blumenfeld |
| Young Conaway Stargatt & Taylor, L.L.P. | Morris, Nichols, Arsht & Tunnell |
| The Brandywine Building | 1201 North Market Street |
| 1000 West Street, 17th Floor | Wilmington, DE  19801 |
| Wilmington, DE  19801 | |

I hereby certify that on September 2, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Anthony Herman | Avenish S. Lele |
| Whitney Wilson | Ropes & Gray |
| Joseph B. Topmiller | Fish & Neave IP Group |
| Covington & Burling | 1251 Avenue of the Americas |
| 1201 Pennsylvania Avenue | New York, NY  10020-1104 |
| Washington, DC  20001-2401 | |

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP LLP
150 Federal Street
Boston, MA  02110

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687459