

### Potter
### Anderson
### &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Associate
Attorney at Law
302 984-6147 Direct
302 658-1192 Fax
dmoore@potteranderson.com

September 13, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

  Re: **Invivodata, Inc. v. PHT Corporation**
    **C. A. No. 05-416-GMS**

Dear Judge Sleet:

  In anticipation of the scheduling teleconference in the above-referenced matter, which is scheduled to be held on Tuesday, September 20, 2005 at 2:00 p.m., enclosed please find the parties' joint status report (with proposed case schedule at Exhibit A).

                Respectfully,

                David E. Moore

698881
Enclosures

cc: Clerk of the Court (via hand delivery)
   Josy W. Ingersoll (via hand delivery)
   Anthony Herman (via facsimile)
   Cecelia H. Gonzalez (via facsimile)