**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INVIVODATA, INC.,                   ) | |
|                                      ) | |
|         Plaintiff,                   ) | |
|                                      ) | C. A. No. 05-416 (GMS) |
| v.                                         ) | |
|                                      ) | |
| PHT CORPORATION,           ) | **JURY TRIAL DEMANDED** |
|                                      ) | |
|        Defendant.                 ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew J. Moore, Esq., of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington, DC 20004 to represent plaintiff invivodata, Inc., in this matter.

                                                           POTTER ANDERSON & CORROON LLP

                                                           By:  */s/ David E. Moore*
                                                               Richard L. Horwitz (#2246)
                                                               David E. Moore (#3983)
                                                               Hercules Plaza, 6th Floor
                                                               1313 N. Market Street

Dated: September 15, 2005                  Wilmington, DE 19899
698934                                                            Tel: (302) 984-6000
                                                               Fax: (302) 658-1192
                                                               rhorwitz@potteranderson.com
                                                               dmoore@potteranderson.com

                                          *Attorneys for Plaintiff invivodata, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____              _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 15, 2005          Signed: */s/ Matthew J. Moore*
                                         Matthew J. Moore
                                         Howrey LLP
                                         1299 Pennsylvania Avenue, NW
                                         Washington, DC 20004
                                         Tel: (202) 783-0800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 15, 2005, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on September 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

Victor H. Polk, Jr.
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Cecilia H. Gonzalez
Brian Rosenthal
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

697080