

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Associate
Attorney at Law
302 984-6147 Direct
302 658-1192 Fax
dmoore@potteranderson.com

September 19, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

> Re:    **Invivodata, Inc. v. PHT Corporation**
> **C. A. No. 05-416-GMS**
> **PHT Corporation v. Invivodata, Inc.**
> **C. A. No. 04-060-GMS**

Dear Judge Sleet:

In anticipation of the September 20, 2005 Scheduling Conference in the *Invivodata, Inc. v. PHT Corporation*, C. A. No. 05-416-GMS, and at the request of Cynthia Tyer-Daly in chambers, I am writing to inform Your Honor that the parties to the above-referenced matters, as well as counsel for eTrials Worldwide Inc. and CRF, Inc.[1], will be available at the end the Scheduling Conference to present to Your Honor a discovery issue that has arisen in the C.A. No. 04-060-GMS litigation.

In the 04-060-GMS litigation, Invivodata seeks access to documents and information regarding the settlement between PHT and eTrials in *PHT Corporation v. eTrials Worldwide Inc.*, C.A. No. 04-821-GMS. Invivodata is informed that its requests for settlement information, while unopposed, will require a Court Order.

Respectfully,

David E. Moore

699797

---

[1] With the Court's permission, counsel for eTrials and outside counsel for CRF, Inc., plan to attend the post-scheduling conference, discovery conference by telephone.

The Honorable Gregory M. Sleet
September 19, 2005
Page 2


cc:     Clerk of the Court (via hand delivery)
        Josy W. Ingersoll (via hand delivery)
        Anthony Herman (via facsimile)
        Cecelia H. Gonzalez (via facsimile)
        Victor H. Polk, Jr. (via facsimile)
        Julia Heaney (via facsimile)
        Avinash S. Lele (via facsimile)