

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**www.potteranderson.com**

September 26, 2005

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **Invivodata, Inc. v. PHT Corporation**
             **C. A. No. 05-416-GMS**

Dear Judge Sleet:

    Enclosed is the proposed Scheduling Order incorporating Your Honor's changes discussed during the September 20, 2005 Scheduling Conference. The parties are available for questions at Your Honor's request.

                        Respectfully,

                        */s/ Richard L. Horwitz*

                        Richard L. Horwitz

700875
Enclosure

cc:    Clerk of the Court (via hand delivery)
        Josy W. Ingersoll (via hand delivery)
        Anthony Herman (via facsimile)
        Cecelia H. Gonzalez (via facsimile)