# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-416-GMS |
| : | |
| PHT CORPORATION, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **29th** day of **September, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, October 13, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, October 17, 2005 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE