**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INVIVODATA, INC., )<br>)<br>Plaintiff, )<br>) C. A. No. 05-416 (GMS)<br>v. )<br>)<br>PHT CORPORATION, ) **JURY TRIAL DEMANDED**<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff invivodata, Inc., hereby certifies that true and correct copies of invivodata, Inc.'s Initial Disclosures were caused to be served on October 11, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Cecilia H. Gonzalez<br>Matthew J. Moore<br>Brian Rosenthal<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br><br>Dated: October 11, 2005 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Plaintiff |

702952

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on October 11, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

I hereby certify that on October 11, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

|  |  |
|---|---|
| By: | */s/ David E. Moore* |
|  | Richard L. Horwitz |
|  | David E. Moore |
|  | Hercules Plaza, 6th Floor |
|  | 1313 N. Market Street |
|  | Wilmington, Delaware  19899-0951 |
|  | (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |

687459