IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVIVODATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-416 GMS |
| | ) | |
| PHT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff PHT Corporation, caused true and correct copies of

Defendant PHT Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be

served on October 7, 2005 upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

### BY E-MAIL

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Additionally, the undersigned hereby certifies that on October 12, 2005, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel as indicated:

**BY CM/ECF AND HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801


**BY E-MAIL**

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004


Josy W. Ingersoll (No. 1088)
YOUNG CONAWAY
    STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
kkeller@ycst.com
(302) 571-6600
*Attorneys for Plaintiff*

OF COUNSEL:


Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated:  October 12, 2005