IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVIVODATA CORP., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-416 (GMS) |
| | ) ) | |
| PHT CORPORATION, | ) | |
| Defendant. | ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kelly M. Jaske of Covington & Burling, 1201 Pennsylvania Avenue, NW, Washington, DC 20004 to represent PHT Corporation in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 20, 2005

YOUNG CONAWAY STARGATT &
TAYLOR LLP

By: _____
Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
jingersoll@ycst.com
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kelly M. Jaske is GRANTED.

DATED: _____, 2005    _____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Kelly M. Jaske
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004
202-662-6000

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on October 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE 19801

I further certify that on October 20, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Cecilia H. Gonzalez, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_/s/ Josy W. Ingersoll_
>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jingersoll@ycst.com

>Attorneys for PHT Corporation