IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 05-416 GMS |
| | ) |
| PHT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff PHT Corporation, caused true and correct copies of (1) Defendant PHT Corporation's Responses and Objections to Plaintiff invivodata, Inc.'s First Set of Requests for Production and (2) Defendant PHT Corporation's Responses and Objections to Plaintiff invivodata, Inc.'s First Set of Interrogatories to be served on November 29, 2005 upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

### BY E-MAIL

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Additionally, the undersigned hereby certifies that on November 29, 2005, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

### BY CM/ECF AND HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

### BY E-MAIL

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY
   STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
alundgren@ycst.com
(302) 571-6600
*Attorneys for Plaintiff*

OF COUNSEL:
Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC 20004-2401
(202) 662-6000

Dated: November 29, 2005