IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 05-416 (GMS) |
| v. ) | |
| ) | |
| PHT CORPORATION, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff invivodata, Inc., hereby certifies that true and correct copies of Plaintiff Invivodata Incorporated's Objections and Responses to Defendant PHT Corporation's First Set of Requests for Production of Documents and Things (Nos. 1-51) were caused to be served on November 30, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### VIA FEDERAL EXPRESS

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

|                                       | POTTER ANDERSON & CORROON LLP |
|---|---|

OF COUNSEL:

Cecilia H. Gonzalez
Matthew J. Moore
Brian Rosenthal
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Dated: November 30, 2005
709394 / 27807-001

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware  19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff invivodata, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 30, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on November 30, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687459