IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA CORP., ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-416 (GMS) |
| PHT CORPORATION, ) ) | |
| Defendant. ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard L. Rainey of Covington & Burling, 1201 Pennsylvania Avenue, NW, Washington, DC 20004 to represent PHT Corporation in this matter.

Dated: December 6, 2005

YOUNG CONAWAY STARGATT &
TAYLOR LLP

By: _____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard L. Rainey is GRANTED.

DATED: _____, 2005    _____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 05-416 |
| ) | |
| ) | |
| PHT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia, Pennsylvania and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

                                                 Richard L. Rainey
                                                 **COVINGTON & BURLING**
                                                 1201 Pennsylvania Ave.
                                                 Washington, DC 20004-2401
                                                 (202) 662-600
                                                 Attorney for Defendant

Dated December 2, 2005

DC: 1977837-1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on December 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Cecilia H. Gonzalez, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for PHT Corporation