IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C. A. No. 05-416 (GMS) |
| v. | ) |
| | ) |
| PHT CORPORATION, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff invivodata, Inc., hereby certifies that true and correct copies of Plaintiff Invivodata Incorporated's Objections and Responses to Defendant PHT Corporation's First Interrogatory were caused to be served on the attorneys of record on the dates and at the addresses indicated below:

### VIA EMAIL (December 7, 2005)

Whitney Wilson
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

### VIA HAND DELIVERY (December 8, 2005

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### VIA FEDERAL EXPRESS (December 8, 2005

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401

|  |  |
|---|---|
| OF COUNSEL:<br><br>Cecilia H. Gonzalez<br>Matthew J. Moore<br>Brian Rosenthal<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br><br>Dated: December 8, 2005<br>710479 / 27807-001 | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/ David E. Moore_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff invivodata, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 8, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on December 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Joseph B. Topmiller
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

687459