IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-416 (GMS) |
| | ) |
| PHT CORPORATION, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### STIPULATED ORDER

WHEREAS, the Scheduling Order (D.I. 16) requires all motions for joinder of parties, motions for amendment of pleadings, and notices of intent to rely on advice of counsel to be submitted to the Court by January 20, 2006;

WHEREAS, the Scheduling Order requires that the parties produce any opinions of counsel on which they will rely by January 27, 2006;

WHEREAS, discovery in this case is not proceeding as rapidly as planned because of ongoing activities in Civil Case No. 04-60 GMS, which also involves both parties to this action;

WHEREAS, the parties would like extensions on some of the current deadlines;

WHEREAS, the parties are in the process of discussing potential changes to dates in the Scheduling Order other than those set forth below and expect to be in a position to file a stipulation with the Court next week;

WHEREAS, the parties had hoped to present a single stipulation to the court, but do not yet have agreement on other dates, and wanted to file this stipulation before the existing deadlines had passed;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.    Upon entry of this stipulated order by the Court, the deadlines by which the parties may serve motions for joinder of parties, motions for amendment of pleadings, and notices of intent to rely on advice of counsel are extended through and including April 20, 2006.

2.    The deadlines by which the parties may produce the opinions of counsel on which they will rely is extended through and including April 27, 2006.

POTTER ANDERSON & CORROON, LLP

YOUNG CONAWAY STARGATT & TAYLOR, LLP


  /s/David E. Moore
Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
(302) 984-6000

  /s/ Andrew A. Lundgren
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
jingersoll@ycst.com
alundgren@ycst.com
(302) 571-6600

*Attorneys for Plaintiff*

*Attorneys for Defendant*

Dated: January 20, 2006


SO ORDERED this _____ day of _____, 2006.


_____
United States District Judge