IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVIVODATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 05-416 (GMS) |
| v. | ) | |
| | ) | |
| PHT CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff invivodata, Inc., hereby certifies that true and correct copies of Invivodata's Objections and Responses to PHT Corporation's Second Set of Interrogatories to Plaintiff (Nos. 2-13) were caused to be served on the attorneys of record as indicated below:

### VIA HAND DELIVERY

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

Anthony Herman
Whitney Wilson
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC  20001-2401
aherman@cov.com
wwilson@cov.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Cecilia H. Gonzalez<br>Matthew J. Moore<br>Brian Rosenthal<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br><br>Dated: January 23, 2006<br>716539 / 27807-001 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware 19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff invivodata, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 23, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 23, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Anthony Herman
Whitney Wilson
Covington & Burling
1201 Pennsylvania Avenue
Washington, DC 20001-2401
aherman@cov.com
wwilson@cov.com

By: /s/ David E. Moore
　　Richard L. Horwitz
　　David E. Moore
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19899-0951
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

687459