

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 6, 2006

**BY HAND DELIVERY AND CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

      Re:   *invivodata Inc. v. PHT Corp.* -
             C.A. No. 05-416-GMS

Dear Judge Sleet:

      We write seeking the Court's guidance on amending the Scheduling Order (D.I. 16) in the above-captioned case. A number of unexpected delays in discovery have arisen due to ongoing activities in a companion case, 04-60-GMS, which also involves the same parties and is scheduled for trial beginning on April 3, 2006. As a result, we are concerned about the parties' ability to meet the current set of deadlines in this case, and we respectfully look to the Court for relief.

      Specifically, we propose amending the Scheduling Order (D.I. 16) to reflect the following changes to the dates for claim construction, summary judgment letter briefs, and discovery. We do not seek to move the trial date or dates for summary judgment motions (if permitted) or pretrial motions. The proposed dates are attached separately for the Court's consideration.

The Honorable Gregory M. Sleet
February 6, 2006
Page 2

      Although we have enclosed our proposal in the form of a Stipulated Order, the parties would be happy to discuss this issue further with the Court. We are available at the Court's convenience.

                                        Respectfully submitted,

| POTTER ANDERSON & CORROON, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ David E. Moore | /s/ Andrew A. Lundgren |
| Richard L. Horwitz (No. 2246) | Josy W. Ingersoll (No. 1088) |
| David E. Moore (No. 3983) | Andrew A. Lundgren (No. 4429) |
| Hercules Plaza | The Brandywine Building |
| 1313 North Market Street, 6th Floor | 1000 West Street, 17th Floor |
| P.O. Box 951 | P.O. Box 391 |
| Wilmington, Delaware 19899-0951 | Wilmington, Delaware 19899-0391 |
| rhorwitz@potteranderson.com | jingersoll@ycst.com |
| dmoore@potteranderson.com | alundgren@ycst.com |
| (302) 984-6000 | (302) 571-6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

cc:    Clerk of the Court (Via Hand Delivery)
        N. Whitney Wilson, Esquire (by CM/ECF)
        Cecilia H. Gonzalez, Esquire (by CM/ECF)

718506