IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-416 (GMS) |
| | ) |
| PHT CORPORATION, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER**

WHEREAS, the Scheduling Order (D.I. 16) sets forth certain discovery, claim construction, summary judgment, and other deadlines;

WHEREAS, discovery in this case is not proceeding as rapidly as planned because of ongoing activities in C.A. No. 04-60 GMS, which also involves both parties to this action;

WHEREAS, adhering to the deadlines as currently set would cause inconvenience to the witnesses and other third-parties involved in both actions;

WHEREAS, the parties respectfully seek relief from the Court as set forth below;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. <u>Claim Construction</u>. Upon entry of this stipulated order by the Court, the claim construction deadlines are as follows:

| | |
|---|---|
| Final Joint Claim Construction Chart | May 11, 2006 |
| Claim Construction Opening Briefs | May 18, 2006 |
| Claim Construction Answering Briefs | June 2, 2006 |
| *Markman* Hearing | To be determined by the Court |

2. <u>Discovery</u>. Upon entry of this stipulated order by the Court, the discovery deadlines are as follows:

| | |
|---|---|
| Fact Discovery Completed | July 21, 2006 |
| Expert Opening Reports | August 10, 2006 |
| Expert Rebuttal Reports | September 1, 2006 |
| Expert Discovery Completed | October 2, 2006 |

3. <u>Summary Judgment Requests</u>. Upon entry of this stipulated order by the Court, the summary judgment letter brief deadlines are as follows:

| | |
|---|---|
| Telephone Conference Re: Summary Judgment | To be determined by the Court |
| Opening Letter Briefs | August 21, 2006 |
| Answering Letter Briefs | August 28, 2006 |
| Reply Letter Briefs | September 4, 2006 |

4. <u>Pretrial Order</u>. Plaintiff shall send to Defendant a draft of the Proposed Pretrial Order for comment and review by December 27, 2006.

| POTTER ANDERSON & CORROON, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ David E. Moore* | */s/ Andrew A. Lundgren* |
| Richard L. Horwitz (No. 2246) | Josy W. Ingersoll (No. 1088) |
| David E. Moore (No. 3983) | Andrew A. Lundgren (No. 4429) |
| Hercules Plaza | The Brandywine Building |
| 1313 North Market Street, 6th Floor | 1000 West Street, 17th Floor |
| P.O. Box 951 | P.O. Box 391 |
| Wilmington, Delaware 19899-0951 | Wilmington, Delaware 19899-0391 |
| rhorwitz@potteranderson.com | jingersoll@ycst.com |
| dmoore@potteranderson.com | alundgren@ycst.com |
| (302) 984-6000 | (302) 571-6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge