IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 05-416 (GMS) |
| v. | ) |
| | ) |
| PHT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, and the attached subpoena, which has been served, Defendant PHT Corporation commands the production of the designated documents by Lahive & Cockfield, LLP at the offices of Covington & Burling, 1201 Pennsylvania Ave., N.W., Washington, D.C. 20004 on February 22, 2006 at 9:30 a.m.

Respectfully submitted,

_/s/ Andrew A. Lundgren_
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
alundgren@ycst.com
(302) 571-6600

Anthony Herman
N. Whitney Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Ave.
Washington, DC 20004-2401
(202) 662-6000

Dated: February 21, 2006                    Attorneys for PHT Corporation

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on February 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>Wilmington, DE  19801

I further certify that on February 21, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Cecilia H. Gonzalez, Esquire
>Howrey Simon Arnold & White, LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC  20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Andrew A. Lundgren_____
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>alundgren@ycst.com
>
>Attorneys for PHT Corporation