# TAB 1

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

INVIVODATA, INC.

V.

PHT CORPORATION

| | |
|---|---|
| | **SUBPOENA IN A CIVIL CASE** |
| | CASE NUMBER: [1]   05-416 (GMS) (D. Del.) |

TO:     Lahive & Cockfield, LLP
        28 State Street
        Boston, MA 02109

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

(1) Documents pertaining to, relating to, mentioning, or discussing U.S. Patent No. 6,879,970 B2 (the "'970 patent"), the application from which the '970 patent issued or from which the '970 patent claims priority, and all related U.S. and foreign patent applications, and any other patent or patent applications naming Saul Shiffman, or Michael R. Hufford, or Jean A. Paty, or invivodata, Inc. as inventor or assignee, including all prior art pertinent to the field of electronic patient diaries; (2) Documents that mention, discuss, refer to, or relate to PHT Corporation or any products or services offered by PHT Corporation; and (3) Documents that mention, discuss, refer to, or relate to Stephen Raymond. "Documents" mean documents, records, books, papers, contracts, memoranda, invoices, correspondence, notes, studies, reports, manuals, photographs, drawings, charts, maps, graphs, data compilations, other writings, microfilm, microfiche, audio recordings (including but not limited to audio records, audio tapes, and audio disks), video recordings (including but not limited to film, video tapes, and video disks), electronic mail and any other information stored in electronic form (including by not limited to on computer tapes, computer disks, and computer memory, and including backup copies and deleted files on computers or computer storage devices or media), any other "documents" within the meaning of Fed. R. Civ. P. 34, and each different version or copy of each document. "Document" also refers to physical or tangible things such as models, samples, products, and prototypes.

| PLACE | DATE AND TIME |
|---|---|
| Covington & Burling, 1201 Pennsylvania Ave., N.W., Washington, D.C.  20004 c/o Kelly M. Jaske, Esq. | February 22, 2006 at 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kelly Jaske* Attorney for Defendant PHT Corporation | 2/1/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kelly M. Jasko, Esq., Covington & Burling, 1201 Pennsylvania Ave., N.W., Washington, D.C.  20004

(202) 662-5155

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1]  If action is pending in district other than district of issuance, state district under case number.