

**David E. Moore**

Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

February 27, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    <u>invivodata, Inc. v. PHT Corporation, C. A. No. 05-416-GMS</u>

Dear Judge Sleet:

    Enclosed for Your Honor's consideration is an Amended Scheduling Order, which incorporates the specific dates Your Honor provided to the parties during the February 13, 2006 teleconference.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

cc:    Clerk of the Court (via hand delivery)
       Josy W. Ingersoll (via hand delivery)
       Anthony Herman (via facsimile)
       Cecelia H. Gonzalez (via facsimile)