IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHT CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>INVIVODATA, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Case No. 04-060 GMS<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |
| INVIVODATA, INC.<br><br>   Plaintiff,<br>v.<br><br>PHT CORPORATION,,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-416 GMS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Having reached a settlement in principle, PHT Corporation, and invivodata, Inc., hereby stipulate and mutually agree to dismiss without prejudice all claims brought between PHT Corporation and invivodata, Inc. in Civil Actions 04-60-GMS and 05-416-GMS. This stipulation shall have no impact on Civil Action No. 04-61-GMS between PHT Corporation and CRF, Inc., which action had been consolidated for trial with Civil Action No. 04-60-GMS.

               _____
               Elena C. Norman (#4780)
               YOUNG CONAWAY STARGATT & TAYLOR, LLP
               The Brandywine Building
               1000 West Street, 17th Floor
               P.O. Box 391
               Wilmington, Delaware 19899-0391
               enorman@ycst.com
               (302) 571-6600

Dated: March 16, 2006   Attorneys for PHT Corporation

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
dmoore@potteranderson.com
(302) 984-6000

Dated: March 16, 2006

*Attorneys for Defendant Invivodata, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge