IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIVODATA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-416 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff invivodata, Inc. and defendant PHT Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an Order dismissing this action with regard to the claims and counterclaims, respectively, of invivodata and PHT in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Respectfully submitted,

POTTER ANDERSON & CORROON, LLP

/s/ David E. Moore
Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
(302) 984-6000

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
jingersoll@ycst.com
alundgren@ycst.com
(302) 571-6600

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

726054